# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ARMANDO GOMEZ-REYES, Defendant | Case No.: 15CR2798-LAB **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

The parties have jointly moved to dismiss the indictment without prejudice. District Courts in the Ninth Circuit essentially lack discretion to deny such motions. *United States* v. *Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000) (limiting the court's discretion to deny a Rule 48 motion only to situations in which "the motion [is] clearly contrary to manifest public interest"). *See In re Vasquez-Ramirez,* 443 F.3d 692, 697, 701 (9th Cir. 2006) (ignoring district court's finding that dismissal would be clearly contrary to manifest public interest). Therefore, IT IS HEREBY ORDERED that the Indictment against ARMANDO GOMEZ-REYES, is dismissed without prejudice.

SO ORDERED.

DATED: August 28, 2017

_____
HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT COURT JUDGE